# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIKI KUMRUNGRAUNG. <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant. | Case No. CV 10-8030 MRW <br><br> JUDGMENT |

The decision of the Administrative Law Judge is AFFIRMED. Judgment shall be entered in favor of Defendant.

DATE: December 13, 2011

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE