# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

KIKI KUMRUNGRAUNG.      ) Case No. CV 10-8030 MRW
           Plaintiff,      )
                       ) JUDGMENT
           vs.      )
MICHAEL J. ASTRUE,      )
Commissioner of Social Security,      )
          Defendant.      )
_____ )

      The decision of the Administrative Law Judge is AFFIRMED.  Judgment shall be entered in favor of Defendant.

DATE: December 13, 2011      _____
                            HON. MICHAEL R. WILNER
                            UNITED STATES MAGISTRATE JUDGE